■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ABDUL S. SAMAD, Appellant. [621 NYS2d 915] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Vaughan, J.), rendered November 13, 1992, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The issue of the legal sufficiency of the evidence was not preserved for appellate review *(see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt *(see, People v Herring,* 83 NY2d 780; *People v Ortiz,* 76 NY2d 446; *People v Ramos,* 186 AD2d 446). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

There was no reasonable view of the evidence which would warrant charging the jury on the agency defense *(see, People v Herring, supra; People v Ortiz, supra; People v Windley,* 78 AD2d 55). In addition, the court's reasonable doubt charge did not diminish the People's burden of proof *(see, People v Russell,* 266 NY 147; *People v Grant,* 132 AD2d 619; *People v Rosa,* 162 AD2d 257).

The sentence imposed was not excessive *(see, People v Suitte,* 90 AD2d 80). Mangano, P. J., Sullivan, Balletta and Miller, JJ., concur.